IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

YOSHIKO WHITE, )
)
    Plaintiff, )
)
vs. ) Case No. 07-CV-474-WDS
)
DYNAMIC EDUCATIONAL SYSTEMS, INC., )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation for Dismissal filed by both parties in the above case.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the settlement reached in this case, this case is **DISMISSED** with prejudice. Costs shall be taxed to defendant.

**DATED** this 2nd day of July, 2008.

**NORBERT G. JAWORSKI, CLERK**


**BY:** *s/Sandy Pannier*
            **Deputy Clerk**


**APPROVED:**


    **S/WILLIAM D. STIEHL**
      **U. S. District Judge**